IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Direct Media Power, Inc.   CASE NO. 16-36934

## FINAL SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

### For Period From November 21, 2016 Through May 4, 2017

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 99,106.67 |

RECEIPTS:
1. Receipts from operations — $ 2,473,118.85
2. Other Receipts — $

DISBURSEMENTS:
3. Net payroll:
   a. Officers — $ 24,633.74
   b. Others — $ 528,580.38

4. Taxes
   a. Federal Income Taxes — $
   b. FICA withholdings — $
   c. Employee's withholdings — $
   d. Employer's FICA — $
   e. Federal Unemployment Taxes — $
   f. State Income Tax — $
   g. State Employee withholdings — $
   h. All other state taxes — $

5. Necessary expenses:
   a. Rent or mortgage payment(s) — $ 27,059.43
   b. Utilities — $ 6,073.04
   c. Insurance — $ 59,051.35
   d. Merchandise bought for manufacture or sale — $ 1,673,000.42
   e. Other necessary expenses (specify)
       Refunds, Returns & Chargebacks — $ 78,553.43
       — $

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ 2,396,951.79 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 175,273.73 |
| ENDING BALANCE IN Bank of America - 6530 (Name of Bank) | $ 17.40 |
| ENDING BALANCE IN _____ (Name of Bank) | $ |
| ENDING BALANCE IN ALL ACCOUNTS | $ 17.40 |

OPERATING REPORT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Direct Media Power, Inc.    CASE NO. 16-36934

## RECEIPTS LISTING

### FOR PERIOD FROM NOVEMBER 21, 2016 THROUGH MAY 4, 2017

Bank: Bank of America & US Bank

Location: Elk Grove and Addison, IL

Account Name: Direct Media Power, Inc.

Account No.: Accounts Ending 6530, 6556, 6543 & 8690

| DATE RECEIVED | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | | |

TOTAL: 2,473,118.85

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Direct Media Power, Inc.    CASE NO. 16-36934

## DISBURSEMENT LISTING

### FOR PERIOD FROM NOVEMBER 21, 2016 THROUGH MAY 4, 2017

Bank: Bank of America & US Bank

Location: Elk Grove and Addison

Account Name: Direct Media Power, Inc.

Account No.: Accounts Ending 6530, 6556, 6543 & 8690

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| | | TOTAL: | 363,910.83 |

You must create a separate list for each bank account from which disbursements were made during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Direct Media Power, Inc.     CASE NO. 16-36934

## FOR PERIOD FROM NOVEMBER 21, 2016 THROUGH MAY 4, 2017

STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning Inventory | $ |
| Add: purchases | $ |
| Less: goods sold (cost basis) | $ |
| Ending inventory | $ |

PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ |
| Payroll taxes due but unpaid | $ |

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date Regular Payment is Due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

*Include only post-petition payments.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Direct Media Power, Inc.     CASE NO. 16-36934

## FOR PERIOD FROM NOVEMBER 21, 2016 THROUGH MAY 4, 2017

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ |
| Add: sales on account | $ |
| Less: collections | $ |
| End of month balance | $ |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ |
| Add: credit extended | $ |
| Less: payments of account | $ |
| End of month balance | $ |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Direct Media Power, Inc.     CASE NO. 16-36934

**FOR PERIOD FROM NOVEMBER 21, 2016 THROUGH MAY 4, 2017**

TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes — Yes ☐  No ☒
2. FICA withholdings — Yes ☐  No ☒
3. Employee's withholdings — Yes ☐  No ☒
4. Employer's withholdings — Yes ☐  No ☒
5. Federal Unemployment Taxes — Yes ☐  No ☒
6. State Income Tax — Yes ☐  No ☒
7. State Employee withholdings — Yes ☐  No ☒
8. All other state taxes — Yes ☐  No ☒

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of the last payment.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **Direct Media Power, Inc.**     CASE NO. **16-36934**

| Form 6123<br>(Rev. 06-97) | Department of the Treasury-Internal Revenue Service<br>Verification of Fiduciary's Federal Tax Deposit |
|---|---|
|  | **Do not attach this Notice to your Return** |
| **TO** | District Director, Internal Revenue Service<br>Attn: Chief, Special Procedures Function |
| **FROM:** | Name of Taxpayer<br>Taxpayer Address |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1 | **Form 941 Federal Tax Deposit (FTD) Information** |
|---|---|
| **Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return** | For the payroll period from ___ to ___<br>Payroll date<br>Gross wages paid to employees $<br>Income tax withheld $<br>Social Security (Employer's plus Employee's share of Social Security Tax) $<br>Tax Deposited $<br>Date Deposited |
| Section 2 | **Form 940 Federal Tax Deposit (FTD) Information** |
| **Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return** | For the payroll period from ___ to ___<br>Gross wages paid to employees $<br>Tax Deposited $<br>Date Deposited |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method<br>(check box) | ☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>☐ Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor's Employer Identification Number: |  | Name and Address of Bank |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

| Signed: | Date: |
|---|---|
| Name and Title (print or type) | |

Cat. #43099Z                              Form 6123 (rev. 06-97)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Direct Media Power, Inc.     CASE NO. 16-36934

# FOR PERIOD FROM NOVEMBER 21, 2016 THROUGH MAY 4, 2017

## INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. §§ 1107(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (provide certificates of insurance for each policy if not already provided):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, if applicable* |
|---|---|---|---|---|
| State Farm | 93-CK-P691-8 | GL | 10/5/17 | NA |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (i.e., non-payment, sale of asset, abandonment, etc.).

2. Have all required insurance premium payments during the reporting period been made? If not, identify the policy for which premiums have not been paid, the amount due, and reason for non-payment (attach separate sheet if necessary).

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Direct Media Power, Inc.   CASE NO. 16-36934

## DECLARATION UNDER PENALTY OF PERJURY

I, Dean Tucci, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

For the Debtor in Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Dean Tucci

CEO

DATED: 6/16/17

| Direct Media Power, Inc. - Income Statement | 11/21/16-5/4/17 |
|---|---:|
| **Ordinary Income/Expense** | |
|   Income | |
|     Media Sales Sales | 2,473,118.85 |
|     Cost of Goods Sold | 1,673,000.42 |
|     Returns & Allowances | 78,553.43 |
|   **Total Gross Income** | **721,565.00** |
|   Expense | |
|     Advertising Expense | 17,022.00 |
|     Bank Charges | 27,587.93 |
|     Broker Commissions | 37,521.99 |
|     Call Center Outsource | 0.00 |
|     Computer & IT Expenses | 0.00 |
|     Insurance Expense | 59,051.35 |
|     Legal & Processing | 38,084.26 |
|     Loans Secured | 0.00 |
|     Office Equipment | 1,116.81 |
|     Office Expense | 5,163.58 |
|     Office Supplies | 4,358.53 |
|     Payroll | 553,214.12 |
|     Merchant Fees | 64,422.26 |
|     Postage & Delivery | 2,929.57 |
|     Printing & Reproduction | 6,373.40 |
|     Recruitment | 12,666.00 |
|     Rent | 27,059.43 |
|     Repairs & Maintenance | 489.02 |
|     Subscriptions | 417.02 |
|     Software Services | 52,050.12 |
|     Subcontracted Services | 62,877.14 |
|     Telephone & Communications | 24,547.24 |
|     Travel & Entertainment | 6,283.81 |
|     Utilities | 6,073.04 |
|   **Total Expense** | **1,009,308.62** |
| **Net Ordinary Income** | **-287,743.62** |
| **Net Income** | **-287,743.62** |